First Trust & Savings Bank of Sterling, Illinois, defendant in error, v. Edward N. Peterson et al., plaintiffs in error. Gen. No. 8,071.

Opinion filed August 5, 1929. Rehearing denied October 17, 1929.

H. A. Brooks, for plaintiffs in error. Carl E. Sheldon, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Joe Guston and Paul Scamardo, plaintiffs in error. Gen. No. 8,082.

Opinion filed August 5, 1929.

North, Linscott, Gibboney, North & Dixon, for plaintiffs in error. William D. Knight, State's Attorney and A. B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

City of Highland Park, by Olaf Lindblom, appellee, v. V. C. Musser, appellant. Gen. No. 7,955.

Opinion filed August 5, 1929.

Arthur Bulkley, for appellant. Ernest S. Gail, Leslie A. Needham and Bowen E. Schumacher, Corporation Counsel, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Harvey B. Ramsey, appellant, v. R. M. Morgan, appellee. Gen. No. 7,992.

Opinion filed August 5, 1929.

A. J. Boutelle, for appellant. R. C. Rice, for appellee.

Mr. Justice Jett delivered the opinion of the court.